IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DCM DECOmetal GmbH.                           Civil Action 2:09-cv-01383-GLL
A foreign limited liability company,

                    Plaintiff,

vs.

GERDAU AMERISTEEL
CORPORATION, and
GERDAU AMERISTEEL US, INC.

                    Defendants.

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the Plaintiff and Defendants, by and through their undersigned counsel, that the above entitled action shall be dismissed with prejudice and without costs or attorney fees to either party.

By: _____                    By: _____
Michael R. Pacewicz, Esquire                   David A. Wolf, Esquire
OBA #18794                                     PA I.D. #51382
CROWE & DUNLEVY, PC                            John V. Arminas, Esquire
500 Kennedy Building                           PA I.D. #87699
321 South Boston Avenue                        GOLDBERG, KAMIN & GARVIN
Tulsa, OK 74103-3313                           437 Grant Street, Suite 1806
                                               Pittsburgh, PA 15219

Attorney for Defendants
GERDAU AMERISTEEL CORPORATION                  Attorney for Plaintiff
And GERDAU AMERISTEEL US INC.                  DCM DECOmetal GmbH

Dated January 26, 2010                         Dated January 27, 2010


SO ORDERED this 28th day of January, 2010.

_____
Hon. Gary L. Lancaster, Chief U.S. District Judge